UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOCCARRA RALPH, et al.,
    Plaintiffs,

v.                               Case No.:  3:23cv24739/TKW/ZCB

ESCAMBIA COUNTY SCHOOL
BOARD, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiffs, proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On January 3, 2024, the Court entered an order directing Plaintiffs to file an amended civil rights complaint within fourteen days. (Doc. 8). The Court directed the Clerk of Court to send Plaintiffs the complaint form and notified Plaintiffs that their failure to comply with an order of the Court would result in a recommendation of dismissal of this case. (*Id.* at 13).

Plaintiffs did not file an amended complaint by the deadline. Therefore, on January 24, 2024, the Court issued an order giving Plaintiffs fourteen days to show cause why this case should not be dismissed for their failure to comply with a Court order. (Doc. 9). The

1

Court notified Plaintiffs that their failure to show cause would result in a recommendation of dismissal of this case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiffs have not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiffs' failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where a *pro se* plaintiff failed to file an amended complaint as directed).

At Pensacola, Florida, this 14th day of February 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## Notice to the Parties

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties.

A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.